**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**11/26**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**S&A Auto Repair, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

**92-2926733**

**4. Debtor's address**

**Principal place of business**

**468 Lowell St.**
**Peabody, MA 01960**
Number, Street, City, State & ZIP Code

**Essex**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8111**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a “small business debtor” must check the first two sub-boxes. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a “small business debtor”) must check the third sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor’s aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

Debtor **S&A Auto Repair, LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Shawn M. Phipps** Relationship **Manager**

District **New Hampshire** When **10/22/26** Case number, if known **26-10958-KB**

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **S&A Auto Repair, LLC** Case number (*if known*)
Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **S&A Auto Repair, LLC**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 24, 2026**
MM / DD / YYYY

***X*** **/s/ Shawn Phipps**
Signature of authorized representative of debtor

**Shawn Phipps**
Printed name

Title **Manager**

**18. Signature of attorney**

***X*** **/s/ William J. Amann, Esq.**
Signature of attorney for debtor

Date **November 24, 2026**
MM / DD / YYYY

**William J. Amann, Esq. BBO# 648511**
Printed name

**Amann Burnett PLLC**
Firm name

**757 Chestnut Street**
**Manchester, NH 03104**
Number, Street, City, State & ZIP Code

Contact phone **603-696-5401** Email address

**05955 NH**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **S&A Auto Repair, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 24, 2026**

*X* **/s/ Shawn Phipps**
Signature of individual signing on behalf of debtor

**Shawn Phipps**
Printed name

**Manager**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **S&A Auto Repair, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **47 Mitchell Road, LLC<br>47 Mitchell Road<br>Ipswich, MA 01938** | | **Lease 47 Mitchell Road** | | | | **$30,000.00** |
| **Advance Auto Parts<br>180 Endicott St.<br>Danvers, MA 01923** | | **Trade debt** | | | | **$13,007.59** |
| **Auto Zone<br>152 Endicott Street<br>Danvers, MA 01923** | | **Trade debt** | | | | **$5,000.00** |
| **First Insurance<br>450 Skokie Blvd.<br>Ste. 1000<br>Northbrook, IL 60062** | | **Business debt** | | | | **$12,278.74** |
| **Jack Elias<br>75 Oak Street<br>Avon, MA 02322** | | **Lease 468 Lowell St., Peabody MA** | | | | **$27,000.00** |
| **Liberty Bank<br>55 High Street<br>Middletown, CT 06457-3759** | | **Business Loan** | | | | **$5,000.00** |
| **NAPA Auto/Atlantic<br>215 Newbury Street<br>Peabody, MA 01960** | | **Trade debt** | | | | **$35,323.38** |
| **Regions Bank d/b/a Ascentium Capital<br>23970 Highway 59N<br>Kingwood, TX 77339** | | **2022 International** | | **$80,000.00** | **$0.00** | **$80,000.00** |
| **Regions Bank d/b/a Ascentium Capital<br>23970 Highway 59N<br>Kingwood, TX 77339** | | **Business Loan** | | | | **$56,000.00** |

Debtor **S&A Auto Repair, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Square Financial Services, Inc.**<br>**3165 E. Millrock Drive**<br>**Ste. 160**<br>**Salt Lake City, UT 84121** | | **Business Loan** | | | | **$36,550.31** |
| **Suzanne Slater/Wayne Barker**<br>**1 Symphony Road**<br>**Peabody, MA 01960** | | **Small Claims Peabody District Court** | | | | **$2,200.00** |

# United States Bankruptcy Court
## District of Massachusetts

In re **S&A Auto Repair, LLC** Case No.

Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 24, 2026**

**/s/ Shawn Phipps**
**Shawn Phipps**/**Manager**
Signer/Title

47 Mitchell Road, LLC
47 Mitchell Road
Ipswich, MA 01938

Advance Auto Parts
180 Endicott St.
Danvers, MA 01923

Alliance Funding Group
75 Portstmouth Blvd.
Ste. 220
Portsmouth, NH 03801

Auto Zone
152 Endicott Street
Danvers, MA 01923

Beacon Financial
3400 Dundee Rd.
Ste. 180
Northbrook, IL 60062

Christian McCullough
25 Main Street
Everett, MA 02149

Corporation Service Company
PO Box 2576
Springfield, IL 62708

Davis Malm/Shawn McCormack
255 State Street
11th Flr
Boston, MA 02109

First Insurance
450 Skokie Blvd.
Ste. 1000
Northbrook, IL 60062

Jack Elias
75 Oak Street
Avon, MA 02322

John Boudle
468 Lowell Street
Peabody, MA 01960

John Postl. Esq.
21 Mayor Thomas J. McGrath Hwy
Ste. 404
Quincy, MA 02169

Liberty Bank
55 High Street
Middletown, CT 06457-3759

Melissa Holden
146 Shore Drive
Peabody, MA 01960

Michael Rosa
47 Mitchell Road
Ipswich, MA 01938

NAPA Auto/Atlantic
215 Newbury Street
Peabody, MA 01960

Nationwide Towing
52 NH-125
Kingston, NH 03848

PEABODY DISTRICT COURT
1 LOWELL ST
Peabody, MA 01960

PEABODY DISTRICT-SMALL CLAIMS
1 LOWELL ST
Peabody, MA 01960

Regions Bank d/b/a Ascentium Capital
23970 Highway 59N
Kingwood, TX 77339

Shawn Phipps
120 Fairmount Street
Saugus, MA 01906

Square Financial Services, Inc.
3165 E. Millrock Drive
Ste. 160
Salt Lake City, UT 84121

Suzanne Slater/Wayne Barker
1 Symphony Road
Peabody, MA 01960

Trina LeMond-Bankruptcy Case Specialist
Ascentium Capital-23970 Highway 59N
Kingwood, TX 77339

# United States Bankruptcy Court
## District of Massachusetts

In re **S&A Auto Repair, LLC** Case No.
Debtor(s) Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **S&A Auto Repair, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 24, 2026**
Date

**/s/ William J. Amann, Esq.**
**William J. Amann, Esq. BBO# 648511**
Signature of Attorney or Litigant
Counsel for **S&A Auto Repair, LLC**
**Amann Burnett PLLC**
**757 Chestnut Street**
**Manchester, NH 03104**
**603-696-5401**